# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAWON MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07CV75 FRB ) |
| ST. CHARLES COUNTY, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On February 7, 2007, this Court found that plaintiff's complaint did not survive review under 28 U.S.C. § 1915(e)(2)(B) but allowed plaintiff until March 9, 2007, to file an amended complaint. Plaintiff has failed to file an amended complaint, and this case shall be dismissed, without prejudice, for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, for failure to prosecute.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 21st day of March, 2007.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE